UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 08628
   JEREMY E BURTON
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-1144
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/19/06 and confirmed on 02/09/07.

    2.  The case was dismissed after confirmation, 09/20/2007.

    3.  The Debtor paid a total of $   3150.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 837.90 | .00 | 837.90 |
| CREDIT BUREAU OF COLUMBU | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 110.84 | .00 | .00 |
| ISPC | SECURED | 5538.45 | .00 | 638.80 |
| ISPC | UNSECURED | 1264.94 | .00 | .00 |

        Summary of disbursements:
---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6376.35 | .00 | 1375.78 | .00 | 7752.13 |
| PRINCIPAL PAID | 1476.70 | .00 | .00 | .00 | 1476.70 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1476.70 | .00 | .00 | .00 | 1476.70 |

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3000.00
and was paid $   1459.00   direct and $   1541.00   through the plan.

The Trustee received $    132.30 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/18/07                       /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 06 B 08628 JEREMY E BURTON